| Attorney or Party without Attorney: <br> Michael B. Shortnacy, Esq. (SBN 277035) <br> SHOOK, HARDY & BACON L.L.P. <br> 2121 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br>    Telephone No: 424-285-8330 <br> Attorney For: Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC | Ref. No. or File No.: <br> GOVAN VS UBER | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION | | |
| Plaintiff: Marktez Govan, an individual <br> Defendant: UBER TECHNOLOGIES, INC., a Delaware Corporation, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-05449-CRB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons on a Third-Party Complaint; Third-Party Complaint; Complaint; Master Long-Form Complaint; Short-Form Complaint and Demand for Jury Trial; Platform Access Agreement; Indemnity Agreement

3. a. Party served:    Robert Ruffner
   b. Person served:   Party in item 3.a.
                       Served under F.R.C.P. Rule 4.

4. Address where the party was served:   517 Glan Tai Drive, Baldwin, MO 63011

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jan 13 2025 (2) at: 09:35 AM

6. **Person Who Served Papers:**
   a. Richard A. Raymond
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee for Service was:* $483.97

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                       01/13/2025
                         (Date)                              (Signature)



PROOF OF SERVICE

12456537
(14021642)